**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DEVON COLBERT, | : | Civil No. 1:25-CV-01939 |
| Plaintiff, | : | |
| v. | : | |
| CAPITAL ONE BANK (USA) N.A., *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, this 15th day of October, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) The report and recommendation, Doc. 11, is **ADOPTED**.

2) This case is **DISMISSED WITHOUT PREJUDICE**.

3) The Clerk of Court shall close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania